# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER D. FAIRLEY

NO. 2019 KW 1379

JAN 0 6 2020

---

In Re:    Walter D. Fairley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 543,474.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** The record of the Clerk of Court of St. Tammany Parish reflects the district court is proceeding toward disposition of relator's application for postconviction relief. On December 19, 2019, the district attorney was ordered to provide a response within thirty days.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.